UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARETHA CROSSON, individually and as the representative of a class of similarly situated persons,<br><br>　　Plaintiff,<br><br>– against –<br><br>ALTO PHARMACY LLC,<br><br>　　Defendants. | ECF Case<br><br>1:23-cv-4103-BMC<br><br>**STIPULATION OF DISMISSAL**<br>**<u>WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Aretha Crosson and defendant The Alto Pharmacy LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs or attorney fees to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

ACTIVE\53784909.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: Brooklyn, New York
September 26, 2022

| | |
|---|---|
| SHAKED LAW GROUP, P.C. | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| By: *[signature]* | By: *[signature]* |
| Dan Shaked, Esq. | Sean J. Kirby, Esq. |
| 14 Harwood Court, Suite 415 | 30 Rockefeller Plaza |
| Scarsdale, New York 10583 | New York, NY 10112 |
| Telephone: (917) 373-9128 | Telephone: (212) 653-8700 |
| Email: shakedlawgroup@gmail.com | Email: skirby@sheppardmullin.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

9/27/23

SO ORDERED: *Brian M. Cogan*
USDJ